**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOAQUIN CEBALLOS CORNOA, | ) | Case No.: 1:12-cv-00246 AWI JLT |
| Petitioner, | ) ) ) | ORDER TO PLAINTIFF TO VERIFY HIS ADDRESS |
| v. | ) | |
| R. GOWER, | ) ) | |
| Respondent. | ) ) ) | |

On September 27, 2012, the Court granted Petitioner's request for an extension of time within which to file his traverse. (Doc. 21) Despite this, Petitioner has not filed the traverse and has had no further communication with the Court.

The Court's Local Rule 182(f) requires every self-represented litigant to notify the Court of any changes of address. Therefore, the Court **ORDERS**:

1. Within 21 days, Petitioner SHALL file written verification of his current address.

IT IS SO ORDERED.

Dated: **July 1, 2014**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1